1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Stephen A. Broome (CA Bar No. 314605)          Casey J. Adams (admitted *pro hac vice*)

3  stephenbroome@quinnemanuel.com                 caseyadams@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)             51 Madison Ave. 22nd Floor

4  violatrebicka@quinnemanuel.com                 New York, NY 10010
   865 S. Figueroa Street, 10th Floor             Telephone: (212) 849-7000

5  Los Angeles, CA 90017                          Facsimile: (212) 849-7100
   Telephone: (213) 443-3000

6  Facsimile: (213) 443-3100

7  *Attorneys for Defendant Twitter, Inc.*

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10 CASEY WEITZMAN, on behalf of herself          Case No.
   and all others similarly situated,
11
                                                 **DECLARATION OF STEPHEN BROOME**
12              Plaintiff,                        **IN SUPPORT OF DEFENDANT'S**
                                                 **NOTICE OF REMOVAL OF ACTION TO**
13         vs.                                    **FEDERAL COURT**

14 TWITTER, INC.,

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>DECLARATION OF STEPHEN A. BROOME</u>

1.      I am a member of the bar of the State of California and the Northern District of California.  I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendant Twitter, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      Attached as Exhibit 1 is a true and correct copy of the complaint filed on January 17, 2023 in the state court action, Case No. CGC23604035 in the Superior Court of the State of California in the County of San Francisco.

3.      Attached as Exhibit 2 is a true and correct copy of the state court civil case cover sheet filed in the state court action, Case No. CGC23604035 in the Superior Court of the State of California in the County of San Francisco.

4.      Attached as Exhibit 3 is a true and correct copy of the service package served on Twitter, Inc. on January 20, 2023, which includes the summons and complaint in the state court action, Case No. CGC23604035 in the Superior Court of the State of California in the County of San Francisco.

5.      Attached as Exhibit 4 is a true and correct copy of the proof of service of the summons and complaint on Twitter, Inc. filed by plaintiff on February 7, 2023 in the state court action, Case No. CGC23604035 in the Superior Court of the State of California in the County of San Francisco.

6.      Attached as Exhibit 5 is a true and correct copy of the Motion to Admit Counsel Pro Hac Vice filed by Plaintiff on February 7, 2023 in the state court action, Case No. CGC23604035 in the Superior Court of the State of California in the County of San Francisco.

7.      Attached as Exhibit 6 is a true and correct copy of the Declaration of (Eddie) Jae K. Kim In Support of Application For Admission Pro hac Vice filed by Plaintiff on February 7, 2023 in the state court action, Case No. CGC23604035 in the Superior Court of the State of California in the County of San Francisco.

8.      Attached as Exhibit 7 is a true and correct copy of the proof of service of the Motion to Admit Counsel Pro Hac Vice, Declaration of (Eddie) Jae K. Kim In Support, and

proposed order filed by Plaintiff on February 7, 2023 in the state court action, Case No. CGC23604035 in the Superior Court of the State of California in the County of San Francisco.

9. Exhibits 1 through 7 constitute all publicly filed process, pleadings, and orders on file in the state court and/or served on defendant in the state court.

10. Attached as Exhibit 8 is a true and correct copy of the Notice To Adverse Party Of Removal Of Action To Federal Court and proof of service of this document on plaintiff through their counsel of record in the state court action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 21, 2023, at Santa Monica, California.

 _/s/ Stephen A. Broome_____
Stephen A. Broome

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Casey J. Adams (admitted _pro hac vice_)
caseyadams@quinnemanuel.com
51 Madison Ave. 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

_Attorneys for Defendant Twitter, Inc._