# Exhibit 4

| Attorney or Party without Attorney: <br> Jae K. Kim, Esq., Bar #236805 <br> Lynch Carpenter LLP <br> 117 East Colorado Blvd. Suite 600 <br> Pasadena, CA 91105 <br> Telephone No: 626-550-1250 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff(s) | Ref. No. or File No.: | | | **ELECTRONICALLY FILED** <br> Superior Court of California, County of San Francisco <br> **02/07/2023** <br> **Clerk of the Court** <br> BY: YOLANDA TABO <br> Deputy Clerk |
| Insert name of Court, and Judicial District and Branch Court: <br> San Francisco County Superior Court | | | | |
| Plaintiff(s): Casey Weitzman, et al. <br> Defendant: Twitter, Inc. | | | | |
| **PROOF OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CGC23604035 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Class Action Complaint; Civil Case Cover Sheet; Notice to Plaintiff; ADR Information Package

3. a. Party served:  Twitter, Inc.
   b. Person served:  Daisy Montenegro, Service of Process Intake Clerk, Hispanic, Female, 32-37 Years Old, Black Hair, 5 Feet 5 Inches, 140-160 Pounds.

4. Address where the party was served:  C T Corporation System
   330 N. Brand Blvd.
   Suite 700
   Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jan. 20, 2023 (2) at: 12:40PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Twitter, Inc.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Douglas Forrest
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:     5141
      (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Tue, Jan. 24, 2023

                                                                                                    (Douglas Forrest)

Judicial Council Form POS-010                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007           Summons & Complaint                                               jaekim.243280