# Exhibit 5

| | |
|---|---|
| (Eddie) Jae K. Kim (CA Bar No. 236805)<br>**LYNCH CARPENTER, LLP**<br>117 East Colorado Blvd., Suite 600<br>Pasadena, CA 91105<br>Tel.:   (626) 550-1250<br>ekim@lcllp.com<br><br>*Attorneys for Plaintiff and the Proposed Class* | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br><br>**02/07/2023**<br>**Clerk of the Court**<br>**BY: ERNALYN BURA**<br>**Deputy Clerk** |

### IN THE SUPERIOR COURT OF CALIFORNIA

### COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. CGC-23-604035<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH P. GUGLIELMO**<br><br>Date:     March 6, 2023<br>Time:    9:30 a.m.<br>Dept:     302<br><br>Compl. Filed: January 17, 2023<br>Trial Date:     None set |

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Casey Weitzman will, and hereby does, move for an Order admitting Joseph P. Guglielmo *pro hac vice* in this matter pursuant to California Rules of Court, rule 9.40.

This motion is based on this Notice, the concurrently-filed Declaration of (Eddie) Jae K. Kim, the Verified Application of Joseph P. Guglielmo attached thereto, and all the papers, pleadings, and records on file in this action.

Dated: February 7, 2023                          **LYNCH CARPENTER LLP**

By:  */s/ (Eddie) Jae K. Kim*
        (Eddie) Jae K. Kim (CA Bar No. 236805)
        117 East Colorado Blvd., Suite 600
        Pasadena, CA 91105
        Telephone: (626) 550-1250
        ekim@lcllp.com

        *Attorneys for Plaintiff and the Proposed Class*

1
APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH P. GUGLIELMO