# Exhibit 6

(Eddie) Jae K. Kim (CA Bar No. 236805)
**LYNCH CARPENTER, LLP**
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel.:  (626) 550-1250
ekim@lcllp.com

*Attorneys for Plaintiff and the Proposed Class*

ELECTRONICALLY
**F I L E D**
*Superior Court of California,
County of San Francisco*

**02/07/2023
Clerk of the Court**
BY: ERNALYN BURA
**Deputy Clerk**

# IN THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. CGC-23-604035<br><br>**CLASS ACTION**<br><br>**DECLARATION OF (EDDIE) JAE K. KIM IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH P. GUGLIELMO**<br><br>Date:         March 6, 2023<br>Time:        9:30 a.m.<br>Dept:         302<br><br>Compl. Filed: January 17, 2023<br>Trial Date:     None set |

I, (Eddie) Jae K. Kim, declare:

1. I am an attorney duly licensed to practice before all the courts in the State of California, and a partner of the firm Lynch Carpenter, LLP, counsel for Plaintiff Casey Weitzman ("Plaintiff") in the above-captioned matter pending before this Court.

2. Unless otherwise stated herein, I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify that the following is true and correct.

3. I submit this declaration in support of the Application for Admission *Pro Hac Vice* of Joseph P. Guglielmo (the "Application").

4. A true and correct copy of the approval notice from the State Bar of California stating that the Application has been successfully filed and approved with the State Bar of California, Office of Admissions, is attached hereto as Exhibit A.

5.  A true and correct copy of the Verified Application for Admission *Pro Hac Vice* of Joseph P. Guglielmo is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 7, 2023        **LYNCH CARPENTER LLP**

By: */s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim (CA Bar No. 236805)
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
ekim@lcllp.com

*Attorneys for Plaintiff and the Proposed Class*

# EXHIBIT A

**From:** State Bar of California - Special Admissions <special.admissions@calbar.ca.gov>
**Sent:** Monday, February 6, 2023 1:04 PM
**To:** Joseph P. Guglielmo <jguglielmo@scott-scott.com>; Sumner Caesar <scaesar@scott-scott.com>
**Subject:** Pro Hac Vice Application Acknowledgement Notice



**Application's Case Number:** 00892172
**Trial Case Name:** Weitzman v. Twitter, Inc.
**Trial Case Number:** CGC-23-604035

Dear Sumner Caesar,

Your Pro Hac Vice application has been received and is pending review. For your application to be approved, you must have submitted an uploaded copy of the original Pro Hac Vice application, in addition to the application fee.

**If you failed to upload the original Pro Hac Vice application/document during the online application process, please follow the steps below to upload the completed document to your existing application:**

1. Login to the Applicant Community site.
2. Click the "Special Admissions" tab at the top of the home page, and then select the "Pro Hac Vice" option.
3. In the "Upload document(s) to a previously submitted application" box, select the "Next" button.
4. Follow the directions on the screen to search for the application using the application's "Case Number" (listed at the top of this message beginning with "00"), and upload the document(s).

Applicants who encounter problems gaining access to the Applicant Community, or those who have not yet created a password to the Applicant Community, should take the following steps:

1. Access the Applicant Community at admissions.calbar.ca.gov.
2. Click "Forgot your password."
3. Click "Send Password Reset Email."
4. Check your email and follow the instructions to reset your password.

If you paid by e-check (ACH), then your application will not be approved until we can confirm that your payment processed, successfully. It may take up to 7 business days before the transaction is settled. In addition, if you owe any outstanding fees to the State Bar, your application cannot be approved until the fees are paid.

Once the application is deemed complete, you will receive an email notifying you of a successful filing.

If you have any questions, please contact the Special Admissions department at the number below.

Sincerely,

Office of Admissions
State Bar of California
(415) 538-2300

ref:_00Dt0TZax._5008y76XJt:ref

# EXHIBIT B

(Eddie) Jae K. Kim (CA Bar No. 236805)
**LYNCH CARPENTER, LLP**
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel.:   (626) 550-1250
ekim@lcllp.com

*Attorneys for Plaintiff and the Proposed Class*

# IN THE SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. CGC-23-604035<br><br>**CLASS ACTION**<br><br>**VERIFIED APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOSEPH P. GUGLIELMO**<br><br>Date:     March 6, 2023<br>Time:    9:30 a.m.<br>Dept:     302<br><br>Compl. Filed: January 17, 2023<br>Trial Date:     None set |

I, Joseph P. Guglielmo, declare:

1. I hereby request permission, pursuant to California Rules of Court, rule 9.40, to appear as counsel *pro hac vice* for Plaintiff Casey Weitzman ("Plaintiff") in the above-captioned matter pending before this Court.

2. My residence address is 297 Ridgefield Road, Wilton, Connecticut.

3. I am, and have been, a member of good standing of the Bar of the State of New York since August 1996. I am also a member in good standing and eligible to practice in the following courts:

| **Jurisdiction** | **Date Admitted** |
|---|---|
| Commonwealth of Massachusetts | 8/8/2008 |
| District of Columbia | 7/7/1997 |
| United States Supreme Court | 3/10/2003 |

4. I have never been suspended or disbarred by any Court.

5. In the preceding two years, I have filed no application to appear as counsel *pro hac vice* in California.

6.      The attorney of record for Plaintiffs is (Eddie) Jae K. Kim, an active member of the State Bar of California. (Eddie) Jae K. Kim's office address is 117 East Colorado Blvd., Suite 600, Pasadena, CA 91105. (Eddie) Jae K. Kim's telephone number is (626) 550-1250.

## VERIFICATION

I am the applicant in this matter. The matters stated in the foregoing Verified Application for Admission *Pro Hac Vice* are true of my own knowledge and belief. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 2, 2023

_____
JOSEPH P. GUGLIELMO