Exhibit 7

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Jae K. Kim, Esq., Bar #236805<br>Lynch Carpenter LLP<br>117 East Colorado Blvd. Suite 600<br>Pasadena, CA 91105<br>*Telephone No:* 626-550-1250 | | | | *For Court Use Only*<br><br>**ELECTRONICALLY**<br>**FILED**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**02/07/2023**<br>**Clerk of the Court**<br>**BY: ERNALYN BURA**<br>**Deputy Clerk** |
| *Attorney for:* Plaintiff(s) | | *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>San Francisco County Superior Court | | | | |
| *Plaintiff(s):* Casey Weitzman, et al. | | | | |
| *Defendant:* Twitter, Inc. | | | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CGC23604035 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Notice of Application for Admission Pro Hac Vice of Joseph P. Guglielmo; Declaration of Eddie Jae K. Kim In Support of Application; Proposed Order

*3.  a. Party served:*      Twitter, Inc.
    *b. Person served:*   Daisy Montenegro, Service of Process Intake Clerk, Hispanic, Female, 32-37 Years Old, Black Hair, 5 Feet 5 Inches, 140-160 Pounds.

*4.  Address where the party was served:*   C T Corporation System
                                           330 N. Brand Blvd.
                                           Suite 700
                                           Glendale, CA 91203

*5.  I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Feb. 07, 2023 (2) at: 12:53PM

*7.  Person Who Served Papers:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Douglas  Forrest                                 d.  *The Fee for Service was:*
    b. **Class Action Research & Litigation**          e.  I am: (3)  registered California process server
       P O Box 740                                  *(i)*   Independent Contractor
       Penryn, CA 95663                        *(ii)  Registration No.:*    5141
    c. (916) 663-2562, FAX (916) 663-4955           *(iii)  County:*        Los Angeles

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date:  Tue, Feb. 07, 2023*