QUINN EMANUEL URQUHART & SULLIVAN, LLP

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | CASE NO. CGC-23-604035<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**<br><br>Dept.: |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California on February 21, 2023. A true and correct copy of said Notice of Removal is attached to this Notice as Exhibit A.

DATED: February 21, 2023          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   */s/ Stephen A. Broome*
    Stephen A. Broome
    Attorney for Defendant Twitter, Inc.

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 865 S. Figueroa Street, 10th Floor. Los Angeles, CA 90017.

On February 21, 2023, I served true copies of the following document(s) described as **NOTICE TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT** on the interested parties in this action as follows:

(Eddie) Jae K. Kim
Lynch Carpenter, LLP
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
ekim@lcllp.com

*Attorneys for Plaintiff and the Proposed Class*

**BY MAIL:**  I caused the enclosed documents(s) to be served by mail by First Legal; and

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from the e-mail address stephenbroome@quinnemanuel.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 21, 2023, at Santa Monica, California.

*/s/ Stephen A. Broome*
Stephen A. Broome