QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Stephen A. Broome (CA Bar No. 314605) | Casey J. Adams (*pro hac vice* admission |
| stephenbroome@quinnemanuel.com | forthcoming) |
| Viola Trebicka (CA Bar No. 269526) | caseyadams@quinnemanuel.com |
| violatrebicka@quinnemanuel.com | 51 Madison Ave. 22nd Floor |
| 865 S. Figueroa Street, 10th Floor | New York, NY 10010 |
| Los Angeles, CA 90017 | Telephone: (212) 849-7000 |
| Telephone: (213) 443-3000 | Facsimile: (212) 849-7100 |
| Facsimile: (213) 443-3100 | |

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 3:23-cv-00766<br><br>**DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL**<br><br>**JUDGE:** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Viola Trebicka of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Defendant Twitter, Inc. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to counsel at the following address.:

>Viola Trebicka (CA Bar No. 269526)
>violatrebicka@quinnemanuel.com
>865 S. Figueroa Street, 10th Floor
>Los Angeles, CA 90017
>Telephone: (213) 443-3000
>Facsimile: (213) 443-3100

DATED:  February 22, 2023               QUINN EMANUEL URQUHART & SULLIVAN, LLP


By      */s/ Viola Trebicka*
           Viola Trebicka

>Stephen A. Broome (CA Bar No. 314605)
>stephenbroome@quinnemanuel.com
>865 S. Figueroa Street, 10th Floor
>Los Angeles, CA 90017
>Telephone: (213) 443-3000
>Facsimile: (213) 443-3100
>
>Viola Trebicka (CA Bar No. 269526)
>violatrebicka@quinnemanuel.com
>865 S. Figueroa Street, 10th Floor
>Los Angeles, CA 90017
>Telephone: (213) 443-3000
>Facsimile: (213) 443-3100
>
>Casey J. Adams (admitted *pro hac vice*)
>caseyadams@quinnemanuel.com
>51 Madison Ave. 22nd Floor
>New York, NY 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>
>*Attorneys for Defendant Twitter, Inc.*