| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Stephen A. Broome (CA Bar No. 314605)<br>stephenbroome@quinnemanuel.com<br>Viola Trebicka (CA Bar No. 269526)<br>violatrebicka@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Casey J. Adams (*pro hac vice* forthcoming)<br>caseyadams@quinnemanuel.com<br>51 Madison Ave. 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendant Twitter, Inc.* | (Eddie) Jae K. Kim (CA Bar No. 236805)<br>LYNCH CARPENTER, LLP<br>ekim@lcllp.com<br>117 East Colorado Blvd., Suite 600<br>17 State Street, Suite 4010<br>Pasadena, CA 91105<br>Telephone: (626) 550-1250<br><br>*Attorneys for Plaintiff Casey Weitzman*<br><br>*(additional counsel listed on signature page)* |

1

Case No. 3:23-cv-00766
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A))

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00766<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A))**<br><br>Before: Hon. Thomas S. Hixson |

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED between Plaintiff Casey Weitzman ("Plaintiff") and Defendant Twitter, Inc. ("Twitter," and collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, to extend the deadline for answering or responding to the complaint from February 28, 2023 to April 24, 2023. The current deadline is February 28, 2023, seven days after Twitter filed the notice of removal in this matter. Fed. R. Civ. P. 81(c)(2)(C). The change will not alter the date of any event or any deadline already fixed by Court order.

DATED: February 23, 2023      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/Stephen A. Broome*
     Stephen A. Broome

Casey J. Adams (*pro hac vice* forthcoming)
caseyadams@quinnemanuel.com
51 Madison Ave. 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

DATED: February 23, 2023      LYNCH CARPENTER, LLP

By   */s/ Jae K. Kim*
     (Eddie) Jae K. Kim

(Eddie) Jae K. Kim (CA Bar No. 236805)
LYNCH CARPENTER, LLP
ekim@lcllp.com
117 East Colorado Blvd., Suite 600
17 State Street, Suite 4010
Pasadena, CA 91105
Telephone: (626) 550-1250

*Attorneys for Plaintiff Casey Weitzman*
*(additional counsel listed on following page)*

| | |
|---|---|
| Joseph P. Guglielmo (*pro hac vice* forthcoming)<br>Amanda Rolon (*pro hac vice* forthcoming)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223- 6444<br>Facsimile: (212) 233-6334<br>jguglielmo@scott-scott.com<br>arolo@scott-scott.com | Gary F. Lynch (*pro hac vice* forthcoming)<br>Jamisen A. Etzel (*pro hac vice* forthcoming)<br>Nicholas A. Colella (*pro hac vice* forthcoming)<br>LYNCH CARPENTER LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412.322.9243<br>Facsimile: 412.231.0246<br>gary@lcllp.com<br>jamisen@lcllp.com<br>nickc@lcllp.com |

E. Kirk Wood (*pro hac vice* forthcoming)
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205)908-4906
kirk@woodlawfirmllc.com

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: February 23, 2023          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                  By   /s/ *Stephen A. Broome*
                                       Stephen A. Broome

                                  *Attorneys for Defendant Twitter, Inc.*