QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Stephen A. Broome (CA Bar No. 314605) | Casey J. Adams (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | caseyadams@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | 51 Madison Ave. 22nd Floor |
| violatrebicka@quinnemanuel.com | New York, NY 10010 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (212) 849-7000 |
| Los Angeles, CA 90017 | Facsimile: (212) 849-7100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |

*Attorneys for Defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:23-cv-00766<br><br>**DEFENDANT TWITTER, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15**<br><br>**JUDGE:  Hon. Thomas S. Hixson** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Twitter, Inc. is a wholly owned subsidiary of X Holdings I, Inc., a privately held corporation. No publicly held corporation owns 10% or more of Twitter, Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: February 24, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Stephen A. Broome*
      Stephen A. Broome

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Casey J. Adams (admitted *pro hac vice*)
caseyadams@quinnemanuel.com
51 Madison Ave. 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Twitter, Inc.*