QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Casey J. Adams (admitted *pro hac vice*)
caseyadams@quinnemanuel.com
51 Madison Ave. 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Twitter, Inc.*

LYNCH CARPENTER, LLP
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
117 East Colorado Blvd., Suite 600
17 State Street, Suite 4010
Pasadena, CA 91105
Telephone: (626) 550-1250

*Attorneys for Plaintiff Casey Weitzman*

*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:23-cv-00766<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME PURSUANT TO L.R. 6-2 AND 7-12**<br><br>**Before:** Hon. Thomas S. Hixson |

1  WHEREAS, Plaintiff Casey Weitzman ("Plaintiff") and Defendant Twitter, Inc. ("Twitter,"
2  and collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, have
3  reached an agreement in principle to jointly seek relation and consolidation of this case with
4  *Gerber v. Twitter, Inc.*, No. 4:23-cv-00186-KAW (action filed Jan. 13, 2023) ("*Gerber*"), in which
5  both parties have consented to the jurisdiction of Judge Kandis A. Westmore,

6  WHEREAS, pursuant to L.R. 3-12(b), an Administrative Motion to Consider Whether Cases
7  Should Be Related must be filed in the lowest-numbered docket, which here would be *Gerber*,

8  WHEREAS, pursuant to L.R. 3-12(f), an order relating cases would result in the
9  reassignment of this matter to Judge Westmore,

10  WHEREAS, pursuant to the Court's order dated February 22, 2023, Dkt. No. 4, the deadline
11  for the Parties to submit a consent or declination to Judge Hixson's jurisdiction is March 8, 2023,

12  WHEREAS, pursuant to L.R. 73-1(a), the deadline to file such a consent or declination may
13  be set to coincide with the deadline for filing the initial case management conference statement,
14  which in this matter is set for May 18, 2023 (Dkt. No. 5),

15  WHEREAS, pursuant to L.R. 3-12(f)(1), a motion for relation must be resolved within 14
16  days after the date a response is due, AND

17  WHEREAS, the Parties believe that a forthcoming stipulated motion would be resolved well
18  in advance of May 18, 2023, and may moot the need for any Party to consent or decline Judge
19  Hixson's jurisdiction,

NOW, THEREFORE, pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED AND AGREED between Plaintiff Casey Weitzman and Defendant Twitter, Inc. by and through their respective counsel of record, to jointly request that the Court enter an order extending the deadline for Parties to file a statement consenting to or declining Judge Hixson's jurisdiction to May 18, 2023. The current deadline is March 8, 2023.

DATED: March 8, 2023     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/Stephen A. Broome*
    Stephen A. Broome

Casey J. Adams (admitted *pro hac vice*)
caseyadams@quinnemanuel.com
51 Madison Ave. 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant Twitter, Inc.*

DATED: March 8, 2023     LYNCH CARPENTER, LLP

By  */s/ Jae K. Kim*
    (Eddie) Jae K. Kim

(Eddie) Jae K. Kim (CA Bar No. 236805)
LYNCH CARPENTER, LLP
ekim@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250

*Attorneys for Plaintiff Casey Weitzman*
*(additional counsel listed on following page)*

| | |
|---|---|
| Joseph P. Guglielmo (admitted *pro hac vice*)<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223- 6444<br>Facsimile: (212) 233-6334<br>jguglielmo@scott-scott.com | Gary F. Lynch (*pro hac vice* forthcoming)<br>Jamisen A. Etzel (*pro hac vice* forthcoming)<br>Nicholas A. Colella (*pro hac vice* forthcoming)<br>LYNCH CARPENTER LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: 412.322.9243<br>Facsimile: 412.231.0246<br>gary@lcllp.com<br>jamisen@lcllp.com<br>nickc@lcllp.com |

E. Kirk Wood (*pro hac vice* forthcoming)
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205)908-4906
kirk@woodlawfirmllc.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____      By: _____
                                                                   Hon. Thomas. S. Hixson

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: March 8, 2023              QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By   /s/ *Stephen A. Broome*
                                       Stephen A. Broome

                                  *Attorneys for Defendant Twitter, Inc.*