1  QUINN EMANUEL URQUHART & SULLIVAN, LLP

2  Stephen A. Broome (CA Bar No. 314605)     Casey J. Adams (admitted *pro hac vice*)
3  stephenbroome@quinnemanuel.com            caseyadams@quinnemanuel.com
   Viola Trebicka (CA Bar No. 269526)        51 Madison Ave. 22nd Floor
4  violatrebicka@quinnemanuel.com            New York, NY 10010
   865 S. Figueroa Street, 10th Floor        Telephone: (212) 849-7000
5  Los Angeles, CA 90017                     Facsimile: (212) 849-7100
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  *Attorneys for Defendant Twitter, Inc.*

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10 CASEY WEITZMAN, on behalf of herself      Case No. 3:23-cv-00766-TSH
   and all others similarly situated,
11                                           **DECLARATION OF STEPHEN A.**
12              Plaintiff,                    **BROOME IN SUPPORT OF THE**
                                             **PARTIES' STIPULATED REQUEST FOR**
13          vs.                              **AN ORDER CHANGING TIME TO FILE**
                                             **CONSENT/DECLINATION TO**
14 TWITTER, INC.,                            **MAGISTRATE JUDGE JURISDICTION**

15              Defendant.                    **Before:** Hon. Thomas S. Hixson

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF STEPHEN A. BROOME

2    1.    I am a member of the bar of the State of California and the Northern District of

3  California.  I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for defendant

4  Twitter, Inc.  I make this declaration of personal, firsthand knowledge, and if called and sworn as

5  a witness, I could and would testify competently hereto.

6    2.    On March 6, 2023, counsel for Defendant Twitter, Inc. ("Twitter") and counsel for

7  Plaintiff Casey Weitzman ("Weitzman") met and conferred with counsel for Plaintiffs Stephen

8  Gerber and Eric Cohen ("Gerber Plaintiffs"), who filed an action captioned *Gerber v. Twitter, Inc.*,

9  Case No. 4:23-cv-00186-KAW, on January 13, 2023.

10    3.    The *Gerber* action is currently pending before Judge Kandis A. Westmore.  Both

11  Twitter and the Gerber Plaintiffs have consented to Judge Westmore's jurisdiction in that matter.

12    4.    On March 7, 2023, counsel for Weitzman and counsel for the Gerber Plaintiffs

13  confirmed that they agree in principle to seek relation and consolidation of this action with the

14  *Gerber* matter by filing a stipulated motion.

15    5.    If Judge Westmore were to grant a motion to relate these cases, this matter would

16  be reassigned to her pursuant to Civil Local Rule 3-12(f), which provides that related cases be

17  assigned to the judge presiding over the lowest-numbered docket.

18    6.    The parties seek an order extending the time to consent or decline to Judge

19  Hixson's jurisdiction to allow the parties to file, and Judge Westmore to resolve, the forthcoming

20  joint motion to relate and consolidate in the *Gerber* matter.

21    7.    The requested order would change the current deadline for parties to consent or

22  decline Judge Hixson's jurisdiction from March 8, 2023 to May 18, 2023.

23    8.    This deadline has not been previously modified by stipulation or court order.

24

25

26

27

28

1

2      I declare under penalty of perjury under the laws of the United States that the foregoing is

3  true and correct.

4      Executed on March 8, 2023, at Santa Monica, California.

5

6                                          _/s/ Stephen A. Broome_____

7                                          Stephen A. Broome

8                                          Stephen A. Broome (CA Bar No. 314605)
                                           stephenbroome@quinnemanuel.com
9                                          Viola Trebicka (CA Bar No. 269526)
                                           violatrebicka@quinnemanuel.com
10                                         865 S. Figueroa Street, 10th Floor
                                           Los Angeles, CA 90017
11                                         Telephone: (213) 443-3000
                                           Facsimile: (213) 443-3100
12

13                                         Casey J. Adams (admitted *pro hac vice*)
                                           caseyadams@quinnemanuel.com
14                                         51 Madison Ave. 22nd Floor
                                           New York, NY 10010
15                                         Telephone: (212) 849-7000
                                           Facsimile: (212) 849-7100
16

17                                         *Attorneys for Defendant Twitter, Inc.*

18

19

20

21

22

23

24

25

26

27

28