QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Casey J. Adams (admitted *pro hac vice*)
caseyadams@quinnemanuel.com
51 Madison Ave. 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant Twitter, Inc.*

LYNCH CARPENTER, LLP
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
117 East Colorado Blvd., Suite 600
17 State Street, Suite 4010
Pasadena, CA 91105
Telephone: (626) 550-1250

*Attorneys for Plaintiff Casey Weitzman*

(additional counsel listed on signature page)

FILED

Mar 08 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00766<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME PURSUANT TO L.R. 6-2 AND 7-12**<br><br>**Before:** Hon. Thomas S. Hixson |

WHEREAS, Plaintiff Casey Weitzman ("Plaintiff") and Defendant Twitter, Inc. ("Twitter," and collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, have reached an agreement in principle to jointly seek relation and consolidation of this case with *Gerber v. Twitter, Inc.*, No. 4:23-cv-00186-KAW (action filed Jan. 13, 2023) ("*Gerber*"), in which both parties have consented to the jurisdiction of Judge Kandis A. Westmore,

WHEREAS, pursuant to L.R. 3-12(b), an Administrative Motion to Consider Whether Cases Should Be Related must be filed in the lowest-numbered docket, which here would be *Gerber*,

WHEREAS, pursuant to L.R. 3-12(f), an order relating cases would result in the reassignment of this matter to Judge Westmore,

WHEREAS, pursuant to the Court's order dated February 22, 2023, Dkt. No. 4, the deadline for the Parties to submit a consent or declination to Judge Hixson's jurisdiction is March 8, 2023,

WHEREAS, pursuant to L.R. 73-1(a), the deadline to file such a consent or declination may be set to coincide with the deadline for filing the initial case management conference statement, which in this matter is set for May 18, 2023 (Dkt. No. 5),

WHEREAS, pursuant to L.R. 3-12(f)(1), a motion for relation must be resolved within 14 days after the date a response is due, AND

WHEREAS, the Parties believe that a forthcoming stipulated motion would be resolved well in advance of May 18, 2023, and may moot the need for any Party to consent or decline Judge Hixson's jurisdiction,

1  NOW, THEREFORE, pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED AND
2 AGREED between Plaintiff Casey Weitzman and Defendant Twitter, Inc. by and through their
3 respective counsel of record, to jointly request that the Court enter an order extending the deadline
4 for Parties to file a statement consenting to or declining Judge Hixson's jurisdiction to May 18,
5 2023. The current deadline is March 8, 2023.

7 DATED: March 8, 2023                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By   /s/Stephen A. Broome
                                           Stephen A. Broome

Casey J. Adams (admitted *pro hac vice*)   Stephen A. Broome (CA Bar No. 314605)
caseyadams@quinnemanuel.com                stephenbroome@quinnemanuel.com
51 Madison Ave. 22nd Floor                 Viola Trebicka (CA Bar No. 269526)
New York, NY 10010                         violatrebicka@quinnemanuel.com
Telephone: (212) 849-7000                  865 S. Figueroa Street, 10th Floor
Facsimile: (212) 849-7100                  Los Angeles, CA 90017
                                           Telephone: (213) 443-3000
                                           Facsimile: (213) 443-3100

                                      *Attorneys for Defendant Twitter, Inc.*

DATED: March 8, 2023                  LYNCH CARPENTER, LLP

                                      By   /s/ Jae K. Kim
                                           (Eddie) Jae K. Kim

                                      (Eddie) Jae K. Kim (CA Bar No. 236805)
                                      LYNCH CARPENTER, LLP
                                      ekim@lcllp.com
                                      117 East Colorado Blvd., Suite 600
                                      Pasadena, CA 91105
                                      Telephone: (626) 550-1250

                                      *Attorneys for Plaintiff Casey Weitzman*
                                      *(additional counsel listed on following page)*

| | | |
|---|---|---|
| 1 | Joseph P. Guglielmo (admitted *pro hac vice*) | Gary F. Lynch (*pro hac vice* forthcoming) |
| 2 | SCOTT+SCOTT ATTORNEYS AT LAW LLP | Jamisen A. Etzel (*pro hac vice* forthcoming) |
| | | Nicholas A. Colella (*pro hac vice* forthcoming) |
| 3 | The Helmsley Building | LYNCH CARPENTER LLP |
| | 230 Park Avenue, 17th Floor | 1133 Penn Avenue, 5th Floor |
| 4 | New York, NY 10169 | Pittsburgh, PA 15222 |
| | Telephone: (212) 223- 6444 | Telephone: 412.322.9243 |
| 5 | Facsimile: (212) 233-6334 | Facsimile: 412.231.0246 |
| | jguglielmo@scott-scott.com | gary@lcllp.com |
| 6 | | jamisen@lcllp.com |
| | | nickc@lcllp.com |
| 7 | E. Kirk Wood (*pro hac vice* forthcoming) | |
| | WOOD LAW FIRM, LLC | |
| 8 | P.O. Box 382434 | |
| | Birmingham, AL 35238-2434 | |
| 9 | Telephone: (205)908-4906 | |
| | kirk@woodlawfirmllc.com | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 8, 2023      By: _____
                              Hon. Thomas. S. Hixson

-- 7 --                                    Case No. 3:23-cv-00766
STIPULATED REQUEST FOR AN ORDER CHANGING TIME PURSUANT TO L.R. 6-2 AND 7-12

SIGNATURE ATTESTATION

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: March 8, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ *Stephen A. Broome*
     Stephen A. Broome

*Attorneys for Defendant Twitter, Inc.*