SCOTT+SCOTT ATTORNEYS AT LAW LLP

| | |
|---|---|
| Joseph A. Pettigrew (CA Bar No. 236933)<br>jpettigrew@scott-scott.com<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508 | Joseph P. Guglielmo (*pro hac vice*)<br>jguglielmo@scott-scott.com<br>Amanda Rolon<br>arolon@scott-scott.com (*pro hac vice* forthcoming)<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334 |

*Attorneys for Plaintiff Casey Weitzman*
[Additional counsel on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TWITTER, INC.,<br><br>                Defendant, | Case No. 3:23-cv-00766<br><br>Assigned to the Honorable Kenneth R. Freeman<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**<br><br>**HON. THOMAS S. HIXSON** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that Joseph A. Pettigrew of Scott+Scott Attorneys at Law LLP hereby appears as counsel of record for Plaintiff Casey Weitzman. Copies of all pleadings, papers, correspondence, and notices in this action should be directed to Joseph Pettigrew at the below address.

DATED: March 16, 2023

SCOTT+SCOTT ATTORNEYS AT LAW LLP
By         /s/ Joseph A. Pettigrew
Joseph A. Pettigrew

Joseph P. Guglielmo (*pro hac vice*)
jguglielmo@scott-scott.com
Amanda Rolon
arolon@scott-scott.com (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

Joseph A. Pettigrew (CA Bar No. 236933)
jpettigrew@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

**LYNCH CARPENTER, LLP**

(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@lcllp.com
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250

Gary F. Lynch
gary@lcllp.com
Jamisen A. Eztzel
jamisen@lcllp.com
Nicholas A. Colella
nickc@lcllp.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WOOD LAW FIRM, LLC**

E. Kirk Wood (*pro hac vice* forthcoming)
kirk@woodlawfirmllc.com
P.O. Box 382434
Birmingham, AL 35238-2434
Telephone: (205) 908-4906

*Attorneys for Plaintiff Casey Weitzman*

2
PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL
CASE NO. 3:23-cv-00766