1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Casey Weitzman                    ,

            Plaintiff(s),

      v.

Twitter, Inc.                    ,

            Defendant(s).

Case No. 3:23-cv-00766-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

10      I, Nicholas A. Colella , an active member in good standing of the bar of

11 Florida , hereby respectfully apply for admission to practice pro hac

12 vice in the Northern District of California representing: Plaintiff Casey Weitzman  in the

13 above-entitled action. My local co-counsel in this case is (Eddie) Jae K. Kim , an

14 attorney who is a member of the bar of this Court in good standing and who maintains an office

15 within the State of California.  Local co-counsel's bar number is: 236805 .

16

17 1133 Penn Avenue, 5th Floor,
Pittsburgh, PA 15222
MY ADDRESS OF RECORD

117 E. Colorado Blvd, Suite 600,
Pasadena, CA 91105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18

19 412-322-9243
MY TELEPHONE # OF RECORD

626-550-1250
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20 nickc@lcllp.com
MY EMAIL ADDRESS OF RECORD

ekim@lcllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23 another State or the District of Columbia, as indicated above; my bar number is: 1002941 .

24      A true and correct copy of a certificate of good standing or equivalent official document

25 from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court 0  times in the 12 months

27 preceding this application.

28

*United States District Court*
*Northern District of California*

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 3/23/2023                      /s/ Nicholas A. Colella

5                                                     APPLICANT

6

7

8                            ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of  Nicholas A. Colella     is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17                                 _____

18                                 UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### NICHOLAS ANTHONY COLELLA

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on SEPTEMBER 27, 2017, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this SEPTEMBER 29, 2022.

_____
Clerk of the Supreme Court of Florida