QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| Stephen A. Broome (CA Bar No. 314605) | Casey J. Adams (admitted *pro hac vice*) |
| stephenbroome@quinnemanuel.com | caseyadams@quinnemanuel.com |
| Viola Trebicka (CA Bar No. 269526) | 51 Madison Ave. 22nd Floor |
| violatrebicka@quinnemanuel.com | New York, NY 10010 |
| 865 S. Figueroa Street, 10th Floor | Telephone: (212) 849-7000 |
| Los Angeles, CA 90017 | Facsimile: (212) 849-7100 |
| Telephone: (213) 443-3000 | |
| Facsimile: (213) 443-3100 | |

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CASEY WEITZMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 3:23-cv-00766<br><br>**SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15 BY X CORP., SUCCESSOR IN INTEREST TO NAMED DEFENDANT TWITTER, INC.**<br><br>**JUDGE:  Hon. Thomas S. Hixson** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for X Corp., as successor in interest to named defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

X Holdings Corp.

The undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

DATED:  March 31, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Stephen A. Broome*
      Stephen A. Broome

Stephen A. Broome (CA Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Casey J. Adams (admitted *pro hac vice*)
caseyadams@quinnemanuel.com
51 Madison Ave. 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for X Corp., successor in interest to named defendant Twitter, Inc..*