UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STEPHEN GERBER and ERIC COHEN, individually and on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>TWITTER, INC.,<br><br>                Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO RELATE AND CONSOLIDATE CASES PURSUANT TO LOCAL RULE 3-12 AND FEDERAL RULE OF CIVIL PROCEDURE 42**<br><br>**JUDGE:** Hon. Kandis A. Westmore |

The Court hereby GRANTS the Stipulated Administrative Motion to Relate and Consolidate Cases jointly filed by Plaintiffs Stephen Gerber and Eric Cohen and X Corp., successor in interest to named defendant Twitter, Inc., and supported by Plaintiff Casey Weitzman in *Weitzman v. Twitter, Inc.*, Case No. 3:23-cv-00766-TSH (N.D. Cal. action filed Feb. 21, 2023), Dkt. No. __. The Court relates the above-captioned case to *Weitzman v. Twitter, Inc.*, Case No. 3:23-cv-00766-TSH, pursuant to Local Rule 3-12(b). The Court also consolidates the above-captioned case with *Weitzman* pursuant to Federal Rule of Civil Procedure 42(a). The consolidated cases shall proceed together in Case No. 4:23-cv-00186-KAW, and the parties shall make all future filings upon that docket.

Plaintiffs in these consolidated cases shall jointly file a single amended and consolidated complaint. The Court sets the following deadlines in these consolidated cases:

| Event | Deadline |
| --- | --- |
| Filing of Amended and Consolidated Complaint | April 20, 2023 |
| Service of Rule 26 Disclosures | April 27, 2023 |
| Last Day for the Parties to Hold Rule 26(f) Conference | May 4, 2023 |
| Filing of Initial Case Management Report | May 16, 2023 |
| Initial Case Management Conference | May 23, 2023 |
| Defendant's Responsive Pleading Deadline | June 6, 2023 |
| Plaintiffs' Response/Opposition Deadline | July 20, 2023 |
| Defendant's Reply to Responsive Pleading Deadline | September 8, 2023 |

**IT IS SO ORDERED.**

DATED: April 6, 2023         By: *Kandis Westmore*
                                 Hon. Kandis A. Westmore