**SCOTT+SCOTT ATTORNEYS
AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice* admitted)
Anjori Mitra (*pro hac vice* admitted)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
amitra@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

[Additional counsel appear on signature page.]

**ISRAEL DAVID LLC**
Israel David (*pro hac vice* admitted)
60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
israel.david@davidllc.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN GERBER, CASEY WEITZMAN, MEGERDICH KASSABIAN, and K.B. FORBES, Individually and on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC. and X CORP., as Successor in Interest to Twitter, Inc.,<br><br>Defendant. | Case No. 4:23-cv-00186-KAW<br><br>**STIPULATION AND <u>ORDER AS MODIFIED</u>, PURSUANT TO RULE 41(a)(1)(A)(ii), FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE TO PUTATIVE CLASS CLAIMS**<br><br>Judge: Hon. Kandis A. Westmore |

## <u>STIPULATION OF VOLUNTARY DISMISSAL</u>

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Stephen Gerber, Casey Weitzman, Megerdich Kassabian, K.B. Forbes, Eric Cohen, and Defendant Twitter, Inc. and X Corp., as Successor in Interest to Twitter, Inc., by and through their undersigned counsel, that the above-captioned action is voluntarily dismissed pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice as to Plaintiffs' individual claims against Defendant and without prejudice as to the claims of the putative class.  Each party shall bear its own costs.

Dated: June 9, 2026

By: */s/ Joel Kurtzberg*
    Joel Kurtzberg

Joel Kurtzberg (*pro hac vice* admitted)
John MacGregor, State Bar No. 304330
Jason D. Rozbruch (*pro hac vice* admitted)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
jmacgregor@cahill.com
jrozbruch@cahill.com

Adrian Sawyer, State Bar No. 203712
**SAWYER & LABAR LLP**
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

*Attorneys for Defendant X Corp., as Successor-in-Interest to Twitter, Inc.*

By: */s/ Joseph P. Guglielmo*
    Joseph P. Guglielmo

Joseph P. Guglielmo (*pro hac vice* admitted)
Anjori Mitra (*pro hac vice* admitted)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
amitra@scott-scott.com

Israel David (*pro hac vice* admitted)
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850
Facsimile: (212) 350-8860
israel.david@davidllc.com

Joseph A. Pettigrew (CA Bar No. 236933)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 223-4565
Facsimile: (619) 223-0508
jpettigrew@scott-scott.com

1

Jeff Westerman (CA Bar No. 94559)
**AHDOOT & WOLFSON APC**
2600 Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
jwesterman@ahdootwolfson.com

Gary F. Lynch (*pro hac vice* forthcomin*g*)
Jamisen A. Etzel (*pro hac vice* forthcoming)
Nicholas A. Colella (*pro hac vice* forthcoming)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

E. Kirk Wood (*pro hac vice* forthcoming)
**WOOD LAW FIRM, LLC**
P.O. Box 382434
Birmingham, AL 35138-2434
Telephone: (205) 908-4906
kirk@woodlawfirmllc.com

*Attorneys for Plaintiffs*

2

STIPULATION AND ORDER, PURSUANT TO RULE 41(A)(1)(A)(II), FOR VOLUNTARY DISMISSAL OF ACTION WITH
PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE TO PUTATIVE CLASS CLAIMS CASE
NO. 4:23-CV-00186-KAW

## ORDER AS MODIFIED

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED:**

The Clerk is ordered to close the above captioned case along with the consolidated case *23-cv-00766-KAW in re Weitzman v. Twitter, Inc.*

Dated:      June 10, 2026

Hon. Kandis A. Westmore

3